

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMIGRA GROUP, LLC,

                       Plaintiff,

- v -

FRAGOMEN, DEL REY, BERNSEN & LOEWY II, LLP,
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP,
FRAGOMEN GLOBAL IMMIGRATION SERVICES,
LLC, FRAGOMEN GLOBAL LLP, AND
RYAN MATTHEW FREEL,

                       Defendants.

RULE 7.1 STATEMENT

CASE NUMBER:

07-CV-10688 (LAK) (HP)

ECF CASE

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff hereby states:

Plaintiff Emigra Group, LLC is privately held, and no publicly held corporation owns 10% or more of its stock.

Dated: Ithaca, New York
November 29, 2007

                       PINNISI & ANDERSON, LLP
                       Attorneys for Emigra Group, LLC

                       By: *Michael Pinnisi*
                       Michael D. Pinnisi (MP-5075)
                       111 North Tioga Street, Suite 200
                       Ithaca, New York 14850
                       Telephone: (607) 257-8000
                       Facsimile: (607) 257-0990