UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMIGRA GROUP, LLC,

                      Plaintiff,

   --against--

FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP, FRAGOMEN, DEL REY, BERNSEN & LOEWY II, LLP, FRAGOMEN GLOBAL IMMIGRATION SERVICES, LLC, FRAGOMEN GLOBAL LLP, AND RYAN MATTHEW FREEL,

                      Defendants.

No. 07-cv-10688 (LAK) (HP)

**ECF CASE**

---

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that COVINGTON & BURLING LLP hereby appears on behalf of Fragomen, Del Rey, Bernsen & Loewy, LLP; Fragomen, Del Rey, Bernsen & Loewy II, LLP; Fragomen Global Immigration Services, LLC; and Fragomen Global LLP in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the following, an attorney duly admitted to practice before this Court:

                      C. William Phillips
                      COVINGTON & BURLING LLP
                      The New York Times Building
                      620 Eighth Avenue
                      New York, NY 10018
                      Tel.: (212) 841-1000
                      Fax: (212) 841-1010
                      email: cphillips@cov.com

Dated:   New York, New York
         January 16, 2008

                                    COVINGTON & BURLING LLP

                                    By:  /s/ C. William Phillips
                                          C. William Phillips
                                  The New York Times Building
                                  620 Eighth Avenue
                                  New York, New York 10018
                                  Tel: (212) 841-1000
                                  Fax: (212) 841-1010

                                  *Attorneys for Defendants Fragomen, Del Rey, Bernsen & Loewy, LLP; Fragomen, Del Rey, Bernsen & Loewy II, LLP; Fragomen Global Immigration Services, LLC; and Fragomen Global LLP*

TO:

Darnley D. Stewart, Esq.
GISKAN SOLOTAROFF & ANDERSON LLP
11 Broadway, Suite 2150
New York, New York 10004


*Counsel to Defendant Ryan Freel*


Michael D. Pinnisi, Esq.
PINNISI & ANDERSON, LLP
111 North Tioga Street, Suite 200
Ithaca, New York 14850


*Counsel to Plaintiff Emigra Group LLC*