UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMIGRA GROUP, LLC,

                              Plaintiff,

          --against--

FRAGOMEN, DEL REY, BERNSEN & LOEWY,
LLP, FRAGOMEN, DEL REY, BERNSEN &
LOEWY II, LLP, FRAGOMEN GLOBAL
IMMIGRATION SERVICES, LLC, FRAGOMEN
GLOBAL LLP, AND RYAN MATTHEW FREEL,

                              Defendants.

No. 07-cv-10688 (LAK) (HP)

**ECF CASE**

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that COVINGTON & BURLING LLP hereby appears on
behalf of Fragomen, Del Rey, Bernsen & Loewy, LLP; Fragomen, Del Rey, Bernsen & Loewy
II, LLP; Fragomen Global Immigration Services, LLC; and Fragomen Global LLP in the above-
captioned action and respectfully requests that all pleadings, notices, orders, correspondence and
other papers in connection with this action be served upon the following, an attorney duly
admitted to practice before this Court:

> Andrew A. Ruffino
> COVINGTON & BURLING LLP
> The New York Times Building
>
> 620 Eighth Avenue
> New York, NY 10018
> Tel.: (212) 841-1000
> Fax: (212) 841-1010
> email: aruffino@cov.com

Dated:    New York, New York
          January 16, 2008

                              COVINGTON & BURLING LLP


                              By:  /s/ Andrew A. Ruffino
                                   Andrew A. Ruffino
                              The New York Times Building
                              620 Eighth Avenue
                              New York, New York 10018
                              Tel: (212) 841-1000
                              Fax: (212) 841-1010

                              *Attorneys for Defendants Fragomen, Del Rey,*
                              *Bernsen & Loewy, LLP; Fragomen, Del Rey,*
                              *Bernsen & Loewy II, LLP; Fragomen Global*
                              *Immigration Services, LLC; and Fragomen Global*
                              *LLP*

**TO:**

Darnley D. Stewart, Esq.
GISKAN SOLOTAROFF & ANDERSON LLP
11 Broadway, Suite 2150
New York, New York 10004


*Counsel to Defendant Ryan Freel*


Michael D. Pinnisi, Esq.
PINNISI & ANDERSON, LLP
111 North Tioga Street, Suite 200
Ithaca, New York 14850


*Counsel to Plaintiff Emigra Group LLC*