UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMIGRA GROUP, LLC,

                              Plaintiff,

--against--

FRAGOMEN, DEL REY, BERNSEN & LOEWY,
LLP, FRAGOMEN, DEL REY, BERNSEN &
LOEWY II, LLP, FRAGOMEN GLOBAL
IMMIGRATION SERVICES, LLC, FRAGOMEN
GLOBAL LLP, AND RYAN MATTHEW FREEL,

                              Defendants.

No. 07-cv-10688 (LAK) (HP)

**ECF CASE**

---

### **CERTIFICATE OF SERVICE**

        I hereby certify that I caused true and correct copies of the foregoing **Notice of Appearance for C. William Phillips** and **Notice of Appearance for Andrew A. Ruffino** on behalf of Defendants Fragomen, Del Rey, Bernsen & Loewy, LLP; Fragomen, Del Rey, Bernsen & Loewy II, LLP; Fragomen Global Immigration Services, LLC; and Fragomen Global LLP, both dated January 16, 2008, to be served upon the following counsel of record in the within action (07-cv-10688 (LAK) (HP)) in the manner so-indicated in accordance with Rule 5 of the Federal Rules of Civil Procedure on this 16th day of January, 2008:

**VIA REGULAR MAIL**

Darnley D. Stewart, Esq.
GISKAN SOLOTAROFF & ANDERSON LLP
11 Broadway, Suite 2150
New York, New York 10004

*Counsel to Defendant Ryan Freel*

**VIA SDNY ELECTRONIC CASE FILING (ECF)**

Michael D. Pinnisi, Esq.
PINNISI & ANDERSON, LLP
111 North Tioga Street, Suite 200
Ithaca, New York 14850

*Counsel to Plaintiff Emigra Group LLC*

Dated: New York, New York
       January 16, 2008

_____
Anna Lumelsky

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMIGRA GROUP, LLC,

                        Plaintiff,

   --against--

FRAGOMEN, DEL REY, BERNSEN & LOEWY,
LLP, FRAGOMEN, DEL REY, BERNSEN &
LOEWY II, LLP, FRAGOMEN GLOBAL
IMMIGRATION SERVICES, LLC, FRAGOMEN
GLOBAL LLP, AND RYAN MATTHEW FREEL,

                        Defendants.

No. 07-cv-10688 (LAK) (HP)

**ECF CASE**

---

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that COVINGTON & BURLING LLP hereby appears on behalf of Fragomen, Del Rey, Bernsen & Loewy, LLP; Fragomen, Del Rey, Bernsen & Loewy II, LLP; Fragomen Global Immigration Services, LLC; and Fragomen Global LLP in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the following, an attorney duly admitted to practice before this Court:

                    C. William Phillips
                    COVINGTON & BURLING LLP
                    The New York Times Building
                    620 Eighth Avenue
                    New York, NY 10018
                    Tel.: (212) 841-1000
                    Fax: (212) 841-1010
                    email: cphillips@cov.com

Dated:   New York, New York
         January 16, 2008

                        COVINGTON & BURLING LLP

                        By:  /s/ C. William Phillips
                            C. William Phillips
                        The New York Times Building
                        620 Eighth Avenue
                        New York, New York 10018
                        Tel: (212) 841-1000
                        Fax: (212) 841-1010

                        *Attorneys for Defendants Fragomen, Del Rey, Bernsen & Loewy, LLP; Fragomen, Del Rey, Bernsen & Loewy II, LLP; Fragomen Global Immigration Services, LLC; and Fragomen Global LLP*

TO:

Darnley D. Stewart, Esq.
GISKAN SOLOTAROFF & ANDERSON LLP
11 Broadway, Suite 2150
New York, New York 10004


*Counsel to Defendant Ryan Freel*


Michael D. Pinnisi, Esq.
PINNISI & ANDERSON, LLP
111 North Tioga Street, Suite 200
Ithaca, New York 14850


*Counsel to Plaintiff Emigra Group LLC*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMIGRA GROUP, LLC,

                        Plaintiff,

   --against--

FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP, FRAGOMEN, DEL REY, BERNSEN & LOEWY II, LLP, FRAGOMEN GLOBAL IMMIGRATION SERVICES, LLC, FRAGOMEN GLOBAL LLP, AND RYAN MATTHEW FREEL,

                        Defendants.

No. 07-cv-10688 (LAK) (HP)

**ECF CASE**

---

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that COVINGTON & BURLING LLP hereby appears on behalf of Fragomen, Del Rey, Bernsen & Loewy, LLP; Fragomen, Del Rey, Bernsen & Loewy II, LLP; Fragomen Global Immigration Services, LLC; and Fragomen Global LLP in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the following, an attorney duly admitted to practice before this Court:

                        Andrew A. Ruffino
                        COVINGTON & BURLING LLP
                        The New York Times Building

                        620 Eighth Avenue
                        New York, NY 10018
                        Tel.: (212) 841-1000
                        Fax: (212) 841-1010
                        email: aruffino@cov.com

Dated:   New York, New York
         January 16, 2008

                                    COVINGTON & BURLING LLP

                                    By:  /s/ Andrew A. Ruffino
                                            Andrew A. Ruffino
                                    The New York Times Building
                                    620 Eighth Avenue
                                    New York, New York 10018
                                    Tel: (212) 841-1000
                                    Fax: (212) 841-1010

                                    *Attorneys for Defendants Fragomen, Del Rey, Bernsen & Loewy, LLP; Fragomen, Del Rey, Bernsen & Loewy II, LLP; Fragomen Global Immigration Services, LLC; and Fragomen Global LLP*

**TO:**

Darnley D. Stewart, Esq.
GISKAN SOLOTAROFF & ANDERSON LLP
11 Broadway, Suite 2150
New York, New York 10004


*Counsel to Defendant Ryan Freel*


Michael D. Pinnisi, Esq.
PINNISI & ANDERSON, LLP
111 North Tioga Street, Suite 200
Ithaca, New York 14850


*Counsel to Plaintiff Emigra Group LLC*