UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMIGRA GROUP, LLC,

                              Plaintiff,

--against--

FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP, FRAGOMEN, DEL REY, BERNSEN & LOEWY II, LLP, FRAGOMEN GLOBAL IMMIGRATION SERVICES, LLC, FRAGOMEN GLOBAL LLP, AND RYAN MATTHEW FREEL,

                              Defendants.

No. 07-cv-10688 (LAK) (HP)

**ECF CASE**

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that GISKAN, SOLOTAROFF & ANDERSON LLP hereby appears on behalf of defendant Ryan Matthew Freel in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the following, an attorney duly admitted to practice before this Court:

        Darnley D. Stewart

        GISKAN, SOLOTAROFF & ANDERSON LLP
        11 Broadway, Suite 2150
        New York, NY 10004
        Tel.: (212) 500-5106
        Fax: (212) 414-0347
        email: dstewart@gslawny.com

Dated: New York, New York
January 16, 2008

GISKAN, SOLOTAROFF & ANDERSON LLP


By: /s/ Darnley D. Stewart
Darnley D. Stewart
11 Broadway, Suite 2150
New York, New York 10004
Tel: (212) 500-5106
Fax: (212) 414-0347

*Attorney for Defendant Ryan Matthew Freel*

**TO:**

C. William Phillips
Andrew A. Ruffino
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 841-1000
Fax: (212) 841-1010

*Counsel to Defendants Fragomen, Del Rey,*
*Bernsen & Loewy, LLP; Fragomen, Del Rey,*
*Bernsen & Loewy II, LLP; Fragomen*
*Global Immigration Services, LLC; and Fragomen Global LLP*

Michael D. Pinnisi
PINNISI & ANDERSON, LLP
111 North Tioga Street, Suite 200
Ithaca, New York 14850
Tel: (607) 257-8000
Fax: (607) 257-0990

*Counsel to Plaintiff Emigra Group LLC*