UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMIGRA GROUP, LLC,

                        Plaintiff,

--against--

FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP, FRAGOMEN, DEL REY, BERNSEN & LOEWY II, LLP, FRAGOMEN GLOBAL IMMIGRATION SERVICES, LLC, FRAGOMEN GLOBAL LLP, AND RYAN MATTHEW FREEL,

                        Defendants.

No. 07-cv-10688 (LAK) (HP)

**ECF CASE**

---

## CERTIFICATE OF SERVICE

I hereby certify that I caused true and correct copies of the foregoing Notice of Appearance for Darnley D. Stewart on behalf of defendant Ryan Matthew Freel, dated January 16, 2008, to be served upon the following counsel of record in the within action (07-cv-10688 (LAK) (HP) via SDNY Electronic Case Filing (ECF) on January 16, 2008 and by hand on January 18, 2008 in accordance with Rule 5 of the Federal Rules of Civil Procedure on this 18th day of January, 2008:

        C. William Phillips
        Andrew A. Ruffino
        COVINGTON & BURLING LLP
        620 Eighth Avenue
        New York, NY 10018
        Tel.: (212) 841-1000
        Fax: (212) 841-1010

*Counsel to Defendants Fragomen, Del Rey,
Bernsen & Loewy, LLP; Fragomen, Del Rey,
Bernsen & Loewy II, LLP; Fragomen
Global Immigration Services, LLC; and Fragomen Global LLP*

Michael D. Pinnisi
PINNISI & ANDERSON, LLP
111 North Tioga Street, Suite 200
Ithaca, New York 14850
Tel: (607) 257-8000
Fax: (607) 257-0990

*Counsel to Plaintiff Emigra Group LLC*

Dated: New York, New York
       January 18, 2008

_____
Darnley D. Stewart