SCANNED
MEMO ENDORSED
13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

EMIGRA GROUP, LLC,

           Plaintiff,

   --against--

FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP, FRAGOMEN, DEL REY, BERNSEN & LOEWY II, LLP, FRAGOMEN GLOBAL IMMIGRATION SERVICES, LLC, FRAGOMEN GLOBAL LLP, AND RYAN MATTHEW FREE[...]

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 07-cv-10688 (LAK) (HP)

NOTICE OF MOTION TO
ADMIT COUNSEL
*PRO HAC VICE*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

PLEASE TAKE NOTICE that, upon the annexed declarations of C. William Phillips, dated January 24, 2008, and Charles E. Buffon, dated January 21, 2008, and all prior pleadings and proceedings herein, Defendants Fragomen, Del Rey, Bernsen & Loewy, LLP; Fragomen, Del Rey, Bernsen & Loewy II, LLP; Fragomen Global Immigration Services, LLP; and Fragomen Global LLP will move this Court, before the Honorable Lewis A. Kaplan, at the United States Courthouse, 500 Pearl Street, Room 1310, New York, New York as soon as counsel may be heard, for an Order pursuant to Local Civil Rule 1.3(c) of this Court admitting

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

Charles E. Buffon *pro hac vice* in connection with the above-captioned action, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
January 24, 2008

                          COVINGTON & BURLING LLP

                          By: _____
                               C. William Phillips
                               Andrew A. Ruffino
                               The New York Times Building
                               620 Eighth Avenue
                               New York, NY 10018-1405
                               Tel: 212-841-1000

                               *Attorneys for Defendants Fragomen, Del Rey, Bernsen & Loewy, LLP; Fragomen, Del Rey, Bernsen & Loewy II, LLP; Fragomen Global Immigration Services, LLP; and Fragomen Global LLP*

Michael D. Pinnisi, Esq.
PINNISI & ANDERSON, LLP
111 North Tioga Street, Suite 200
Ithaca, New York 14850

*Counsel to Plaintiff Emigra Group LLC*

Darnley D. Stewart, Esq.
GISKAN SOLOTAROFF & ANDERSON LLP
11 Broadway, Suite 2150
New York, New York 10004

*Counsel to Defendant Ryan Freel*