UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                :

EMIGRA GROUP, LLC,

                                                                :

                      Plaintiff,

                                                                :          No. 07-cv-10688 (LAK) (HP)
          --against--

                                                                :          RULE 7.1 DISCLOSURE
FRAGOMEN, DEL REY, BERNSEN & LOEWY,       STATEMENT
LLP; FRAGOMEN, DEL REY, BERNSEN &
LOEWY II, LLP; FRAGOMEN GLOBAL           :
IMMIGRATION SERVICES, LLC; FRAGOMEN         ECF CASE
GLOBAL LLP; AND RYAN MATTHEW FREEL,  :

                                                                 :

                    Defendants.
                                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Fragomen, Del Rey, Bernsen & Loewy, LLP; Fragomen, Del Rey, Bernsen & Loewy II, LLP; Fragomen Global Immigration Services, LLC; and Fragomen Global LLP state the following:

        Fragomen, Del Rey, Bernsen & Loewy, LLP is a Delaware limited liability partnership. Fragomen, Del Rey, Bernsen & Loewy, LLP does not have a parent corporation, and no publicly held company owns 10% or more of the partnership interests of Fragomen, Del Rey, Bernsen & Loewy, LLP.

        Fragomen, Del Rey, Bernsen & Loewy II, LLP was a Delaware limited liability partnership that no longer exists.

        Fragomen Global Immigration Services, LLC is a Delaware limited liability corporation. It has one parent corporation, Fragomen Global LLP. No public corporation owns

10% or more of the stock of Fragomen Global Immigration Services, LLC.

   Fragomen Global LLP is a Delaware limited liability partnership. Fragomen Global LLP does not have a parent corporation, and no publicly held company owns 10% or more of the partnership interests of Fragomen Global LLP.

Dated: New York, New York  
   February 22, 2008

Respectfully submitted,

COVINGTON & BURLING LLP

By: /s/ C. William Phillips  
  C. William Phillips  
  Andrew A. Ruffino  
620 Eighth Avenue  
New York, New York 10018  
Tel: (212) 841-1000

*Counsel to Defendants Fragomen, Del Rey, Bernsen & Loewy, LLP; Fragomen, Del Rey, Bernsen & Loewy II, LLP; Fragomen Global Immigration Services, LLC; and Fragomen Global LLP*