UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EMIGRA GROUP, LLC,                                   :

                                                     :

                              Plaintiff,             :

                                                     :        No. 07-cv-10688 (LAK) (HP)

              --against--                            :

                                                     :        ECF CASE

FRAGOMEN, DEL REY, BERNSEN & LOEWY,
LLP; FRAGOMEN, DEL REY, BERNSEN &
LOEWY II, LLP; FRAGOMEN GLOBAL                       :
IMMIGRATION SERVICES, LLC; FRAGOMEN                  :
GLOBAL LLP; AND RYAN MATTHEW FREEL,
                                                     :

                              Defendants.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that Defendants Fragomen, Del Rey, Bernsen & Loewy, LLP,

Fragomen, Del Rey, Bernsen & Loewy II, LLP, Fragomen Global Immigration Services, LLC,

Fragomen Global LLP, and Ryan Freel, upon the accompanying Declarations of Daryl

Buffenstein, Lance Kaplan, and George Kosicki; the exhibits thereto; the accompanying

Memoranda of Law and Statement Pursuant to Local Civil Rule 56.1, both dated February 22,

2008; and all prior pleadings and proceedings herein, will move this Court, before The

Honorable Lewis A. Kaplan, United States District Judge, at the Daniel Patrick Moynihan United

States Courthouse, 500 Pearl Street, New York, New York, as soon as counsel may be heard, for

an Order (1) granting summary judgment in favor of defendants dismissing the Amended

Complaint dated December 21, 2007 filed by Plaintiff Emigra Group, LLC, pursuant to Rule 56

of the Federal Rules of Civil Procedure and 28 U.S.C. § 1367(c)3); and (2) granting such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1 of the Rules of this Court, opposition papers, if any, must be served on defendants' counsel within 10 business days.

Dated:    New York, New York
          February 22, 2008

COVINGTON & BURLING LLP                     GISKAN SOLOTAROFF & ANDERSON LLP


By: /s/ C. William Phillips                 By: /s/ Darnley D. Stewart
    Charles E. Buffon                           Darnley D. Stewart
    C. William Phillips                      11 Broadway, Suite 2150
    Andrew A. Ruffino                        New York, New York 10004
    Anna E. Lumelsky                         Tel: (212) 500-5106
620 Eighth Avenue
New York, New York 10018                     *Counsel to Defendant Ryan Freel*
Tel: (212) 841-1000

*Counsel to Defendants Fragomen, Del Rey,*
*Bernsen & Loewy, LLP, Fragomen, Del*
*Rey, Bernsen & Loewy II, LLP, Fragomen*
*Global Immigration Services, LLC, and*
*Fragomen Global LLP*


To:

Michael D. Pinnisi, Esq.
PINNISI & ANDERSON, LLP
111 North Tioga Street, Suite 200
Ithaca, New York 14850
Tel: (607) 257-8000
Fax: (607) 257-0990

*Counsel to Plaintiff Emigra Group LLC*