USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMIGRA GROUP, LLC,

                Plaintiff,

    --against--

FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP,
FRAGOMEN, DEL REY, BERNSEN & LOEWY II, LLP,
FRAGOMEN GLOBAL IMMIGRATION SERVICES,
LLC, FRAGOMEN GLOBAL LLP, AND RYAN
MATTHEW FREEL,

                Defendants.

---

STIPULATION AND ORDER

No. 07-cv-10688 (LAK) (HP)

ECF CASE

    **WHEREAS**, Plaintiff's Amended Complaint was deemed to be served upon each of the Defendants as of January 9, 2008, and Plaintiff agreed to extend Defendants' time to respond to February 22, 2008; and

    **WHEREAS**, Defendants filed their Answers to Plaintiff's Amended Complaint and a motion for summary judgment on February 22, 2008, and Defendant Ryan Freel also filed counterclaims on that same day; and

    **WHEREAS**, Plaintiff made timely application to the Court to extend its time to respond to the summary judgment motion, and

    **WHEREAS**, the movants have agreed to extend Plaintiff's time to respond to that motion and to Mr. Freel's counterclaims; and so

IT IS HEREBY STIPULATED AND AGREED THAT

1. Plaintiff's responses to Defendants' motion for summary judgment and Mr. Freel's counterclaims will be timely if filed on or before May 30, 2008.

2. Reply papers in further support of Defendants' motion for summary judgment may be filed on or before June 30, 2008.

Dated:  New York, New York
        March 11, 2008

PINNISI & ANDERSON, LLP

By: _____
    Michael D. Pinnisi
111 North Tioga Street, Suite 200
Ithaca, New York 14850
Tel: (607) 257-8000
Fax: (607) 257-0990

*Counsel to Plaintiff Emigra Group LLC*

COVINGTON & BURLING LLP

By: _____
    C. William Phillips
    Andrew A. Ruffino
620 Eighth Avenue
New York, New York 10018
Tel: (212) 841-1000

*Counsel to Defendants Fragomen Del Rey, Bernsen & Loewy, LLP, Fragomen, Del Rey, Bernsen & Loewy II LLP, Fragomen Global Immigration Services, LLC, and Fragomen Global LLP*

GISKAN SOLOTAROFF & ANDERSON LLP

By: _____
    Darnley D. Stewart
11 Broadway, Suite 2150
New York, New York 10004
Tel: (212) 500-5106

*Counsel to Defendant Ryan Freel*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
3/14/08

2